UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CECILIA MONTES,<br><br>    Defendant. | Case No. 12-cr-4433-LAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: May 14, 2020

_____
HONORABLE LARRY ALAN BURNS
Chief United States District Court Judge